In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-02-503 CV


____________________



KIMMI CLEPPER, INDIVIDUALLY AND AS SURVIVING PARENT OF 
JARRED LINDSLEY AND HEATH LINDSLEY, INDIVIDUALLY, Appellant


V.



SITECH ENGINEERING AND RONALD SAIKOWSKI, Appellees






On Appeal from the 284th District Court


Montgomery County, Texas


Trial Cause No. 97-05-01928 CV






MEMORANDUM OPINION (1)


 On February 6, 2003, we notified the parties that the appeal would be dismissed for
want of prosecution unless arrangements were made for filing the record or the appellant
explained why she needed additional time for filing the record. Appellant did not respond. 
The appellant is not entitled to proceed without payment of costs. Tex. R. App. P. 20. 
There being no satisfactory explanation for the failure to timely file the record, the appeal
is dismissed for want of prosecution. Tex. R. App. P. 37.3(b). Costs are assessed against
appellant.

 APPEAL DISMISSED.

 

 PER CURIAM


Opinion Delivered March 27, 2003 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.